## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARMAINE PRATER,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA** | : | |
| **HEALTH DISTRICTS, *et al.*,** | : | **NO. 16-1976** |
| **Defendants.** | | |

### ORDER

AND NOW, this 13$^{\text{d}}$ day of October, 2017, upon consideration of plaintiff's motion to open and reinstate case to proceed and her *pro se* complaint, it is ORDERED that:

1.   Plaintiff's motion to open and reinstate case to proceed is GRANTED.

2.   The motion to open and reinstate case to proceed and the praecipe are construed as plaintiff's amended complaint.

3.   In accordance with the Court's memorandum, the amended complaint is DISMISSED with prejudice in accordance with the Court's memorandum.

4.   The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

JUAN A. SÁNCHEZ, J.